UTICA,
Aug. 1826.

CLARKE *against* SPENCER.

Ex parte
Decker.

GENERAL indebitatus assumpsit. On the application of the defendant's attorney to a commissioner having power to do chamber business of a judge of this court, he made an order, " that the plaintiff's attorney deliver to the defendant's attorney a copy of the receipt, which is the evidence of the payment of the money for which this suit is brought ;" and in the mean time that all proceedings in the suit be stayed.

A judge at chambers has no power to order a party to furnish copies of papers, which are evidence in the cause, to his adversary.

A motion was now made to set aside this order, on the ground that the commissioner had exceeded his powers.

*H. Welles*, for the motion, cited 19 *John.* 268 ; 1 *Cowen's Rep.* 574.

*B. D. Noxon*, contra, cited 1 *Cowen* 571 ; 2 *Archb. Pr.* 197, 198.

*Curia.* In *Willis* v. *Bailey*, (19 *John.* 268,) this court declared they had not adopted the English practice of allowing these orders at chambers. Aside, therefore, from the question whether even this court would order copies of papers, which are not the direct foundation of the suit or defence, to be furnished, the motion must be granted.

Motion granted.